■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL SANTIAGO, JR., Appellant. [658 NYS2d 999] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered November 9, 1994, convicting him of murder in the second degree and robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Having failed to move to withdraw his plea pursuant to CPL 220.60 (3), or to vacate his judgment of conviction pursuant to CPL 440.10, the defendant's challenge to the factual sufficiency of his plea allocution is unpreserved for appellate review *(see, People v Pellegrino,* 60 NY2d 636). We reject the defendant's contention that his recitation of the facts underlying the crimes he pleaded to clearly cast significant doubt upon his guilt requiring the court to conduct a further inquiry to ensure that he understood the nature of the charge and that the plea was intelligently entered *(cf., People v Lopez,* 71 NY2d 662). Mangano, P. J., Ritter, Sullivan, Altman and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY VARGAS, Appellant. [658 NYS2d 999] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Marlow, J.), rendered January 3, 1995, convicting him of criminal sale of a controlled substance in the second degree and criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

The defendant has raised no nonfrivolous issues in his supplemental *pro se* brief. Bracken, J. P., Miller, Sullivan and McGinity, JJ., concur.